# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WADE

NO. 2024 KW 0472

**JULY 29, 2024**

---

In Re:     Michael Wade, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-19-06621.

---

**BEFORE:     CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                          **WRC**
                          **HG**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT